1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AIRBIQUITY INC., | |
| Plaintiff, | C08-94Z |
| v. | MINUTE ORDER |
| ATT INC., et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to compel, docket no. 57, is GRANTED IN PART, DEFERRED IN PART and DENIED IN PART as follows:

   (a) The motion is GRANTED as to interrogatory 5. Defendants shall respond within 20 days of this Minute Order.

   (b) The Court DEFERS a ruling on Plaintiff's motion to compel designees for Rule 30(b)(6) topics. The parties are directed to meet and confer within 15 days and attempt to resolve the designations and scheduling of these depositions. If the parties cannot reach agreement, the parties are directed to request a status conference with the Court to resolve any remaining issues.

   (c) The motion is DENIED in all other respects with respect to the motion to compel responses to interrogatories. The Court's scheduling order, docket no. 51, sets forth the schedule for addressing the other issues which are the subject matter of Plaintiff's motion to compel.

MINUTE ORDER  1–

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 21st day of November, 2008.

                                     BRUCE RIFKIN, Clerk

                                            s/ Claudia Hawney
                                By _____
                                      Claudia Hawney
                                      Deputy Clerk

MINUTE ORDER   2–