THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIRBIQUITY INC., *a Washington corporation*, | |
| Plaintiff, | CIVIL ACTION NO. 2:08-cv-00094-TSZ |
| v. | **STIPULATION AND ORDER** |
| AT&T MOBILITY LLC, *a Delaware limited liability company*; NEW CINGULAR WIRELESS SERVICES, INC., *a Delaware corporation*; and NEW CINGULAR WIRELESS PCS LLC, *a Delaware limited liability company*, | |
| Defendants. | |

      The parties have conferred concerning the Court's Minute Order Setting Trial and Related Dates (*Ct. Dkt. #51*) and have concluded that a modification to the schedule would advance the Markman claim construction process. Specifically, the Minute Order currently requires the exchange of expert reports on Markman claim construction issues <u>before</u> the parties will have exchanged lists of disputed terms and proposed constructions for those terms. The proposed Order attached hereto modifies the order of these

STIPULATION AND ORDER
1

events. The parties respectfully request the Court grant the attached proposed Order which would alter the sequence of claim construction exchanges as follows:

- Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence:
    - February 6, 2009
- Reports from expert witnesses, if any, regarding <u>Markman</u> issues
    - February 20, 2009
- Rebuttal expert reports, if any, regarding <u>Markman</u> issues:
    - March 6, 2009

All other dates shall remain the same.

Agreed to by the parties:


DORSEY & WHITNEY LLP

/s/ Paul T. Meiklejohn
Paul T. Meiklejohn, WSBA No. 17477
Douglas F. Stewart, WSBA No. 34068
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff Airbiquity Inc.

BAKER BOTTS, LLP

/s/ Kevin E. Cadwell
Bryant C. Boren, Jr.
Christopher W. Kennerly
Travis W. Thomas
Kevin E. Cadwell
2001 Ross Avenue
Dallas, TX 75201
(214 )953-6500

Attorneys for Defendants

DATED this 9th day of January, 2009.

STIPULATION AND ORDER
2

## **ORDER**

Pursuant to the stipulation of the parties, .

**IT IS SO ORDERED** this 23rd day of January, 2009.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER

3

**DORSEY & WHITNEY LLP**
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800