THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIRBIQUITY INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, a Delaware limited liability company; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation; and NEW CINGULAR WIRELESS PCS LLC, a Delaware limited liability company,<br><br>Defendants. | No. C08-0094 TSZ<br><br>**STIPULATED ORDER REGARDING EXPERT DISCOVERY** |

## **STIPULATION**

Airbiquity, Inc. and AT&T Mobility LLC, New Cingular Wireless Services, Inc., and New Cingular Wireless PCS, LLC hereby stipulate and agree that the following shall not be discoverable in the above-identified litigation (the "Litigation"): (i) communications (whether oral, written or otherwise) occurring after the filing date of this lawsuit between or among experts retained by counsel (or the experts' assistants, "retained experts") and the retaining party's in-house or outside counsel, employees or consultants regarding the Litigation; (ii) drafts of expert reports created by retained experts after the filing date of this lawsuit regarding the Litigation; and (iii) notes, documents or work product prepared after the filing

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

date of this lawsuit by retained experts regarding the Litigation. Notwithstanding the above exclusions, the following shall be discoverable: (i) notes, documents, work product or communications (other than drafts of the expert's report) that have been relied upon by an expert in the formulation of his or her opinions in the Litigation; and (ii) compensation arrangements and compensation related documents for experts (e.g., an expert's bills and invoices) regarding the Litigation.

So stipulated this 6th day of February, 2009:

| DORSEY & WHITNEY LLP | CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP |
|---|---|
| /s/ Paul T. Meiklejohn<br>Paul T. Meiklejohn, WSBA No. 17477<br>Douglas F. Stewart, WSBA No. 34068<br>Attorneys for Plaintiff | /s/ Michael A. Moore<br>Kelly Corr, WSBA No. 555<br>Michael A. Moore, WSBA No. 27047<br><br>BAKER BOTTS LLP<br>Bryant C. Boren, Jr. (admitted *p.h.v.*)<br>Christopher W. Kennerly (admitted *p.h.v.*)<br>Travis W. Thomas (admitted *p.h.v.*)<br>Kevin E. Cadwell (admitted *p.h.v.*)<br>Michele A. Gustafson (admitted *p.h.v.*)<br><br>ATTORNEYS FOR AT&T MOBILITY LLC, NEW CINGULAR WIRELESS SERVICES, INC. and NEW CINGULAR WIRELESS PCS, LLC |

STIPULATED ORDER REGARDING EXPERT DISCOVERY - 2
No. C08-0094 TSZ

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

IT IS SO ORDERED.

DATED: February 6, 2009.

_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/ *Michael A. Moore*
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
Kelly Corr, WSBA No. 555
Michael A. Moore, WSBA No. 27047

BAKER BOTTS L.L.P.
Bryant C. Boren, Jr. (admitted *p.h.v.*)
Christopher W. Kennerly (admitted *p.h.v.*)
Travis W. Thomas (admitted *p.h.v.*)
Kevin E. Cadwell (admitted *p.h.v.*)

ATTORNEYS FOR AT&T MOBILITY LLC,
NEW CINGULAR WIRELESS SERVICES, INC.
and NEW CINGULAR WIRELESS PCS LLC

STIPULATED ORDER REGARDING EXPERT DISCOVERY - 1
No. C08-0094 TSZ

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900